**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 00-MJ-00108-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  CHANNING NONDO WILSON,**

**Defendant.**

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

  **IT IS HEREBY ORDERED** that a hearing is scheduled before the Magistrate Judge, U. S. District Court, 103 Sheppard Drive, Room 235, Durango, Colorado on **January 5, 2010 at 10:00 a.m.** for the purpose of reviewing the Defendant's financial condition and the payments made toward his fine and costs as the result of the Judgment entered in this case on October 12, 2000.

  **IT IS FURTHER ORDERED** that if the Defendant fails to appear for the hearing a warrant will be issued for his arrest.

**DATED: October 23, 2009**

        **BY THE COURT:**

        **s/David L. West**
        **David L. West
        United States Magistrate Judge**

**Certificate of Mailing**

I hereby certify that on the 23rd day of October, 2009, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

Todd Norvell, Esq.  
Asst. U. S. Attorney  
103 Sheppard Drive, Suite 215  
Durango, Colorado 81303

Channing Nondo Wilson  
1928 Eastlawn Avenue  
Durango, Colorado 81301

**By:   s/Shirley W. Dills**
       **Assistant to Magistrate Judge**