**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No. 00-MJ-00108-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. CHANNING NONDO WILSON,**

**Defendant.**

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that a hearing is scheduled before the Magistrate Judge David L. West, U. S. District Court, 103 Sheppard Drive, Room 235, Durango, Colorado on **August 2, 2011 at 10:00 a.m.** for the purpose of reviewing the payments made toward the Defendant's fine and costs as a result of the Judgment entered in this case on October 12, 2000.

    **IT IS FURTHER ORDERED** that if the Defendant fails to appear for the hearing a warrant will be issued for his arrest.

**DATED: July 18, 2011.**

                                     **BY THE COURT:**

                                     **s/David L. West**
                                     **United States Magistrate Judge**

## CERTIFICATE OF MAILING

  I hereby certify that on this 18th day of July , 2011, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid to the following:

Channing Nondo Wilson
1928 Eastlawn Avenue
Durango, Colorado 81301

              **By:**  s/Shirley W. Dills
                  **Assistant to Magistrate Judge**