**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  00-MJ-00108-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. CHANNING NONDO WILSON,**

**Defendant.**

**MINUTE ORDER RESCHEDULING PAYMENT REVIEW DATE**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge is rescheduling the hearings previously scheduled for October 4, 2011 due to the fact that a U. S. District Court Judge from Denver has scheduled a jury trial in Durango for the week of October 3rd, therefore:

**IT IS HEREBY ORDERED** the payment review date scheduled for **October 4, 2011 at 10:00 a.m. is VACATED and RESCHEDULED for September 29, 2011 at 9:00 a.m.**

**DATED: August 3, 2011**

**BY THE COURT:**

**s/David L. West
United States Magistrate Judge**