**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  00-MJ-00108-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. CHANNING NONDO WILSON,**

**Defendant.**

---

**MINUTE ORDER RE: PAYMENT REVIEW**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     **IT IS HEREBY ORDERED** that a hearing is scheduled before the Magistrate Judge, U. S. District Court, 103 Sheppard Drive, Room 235, Durango, Colorado on December 4, 2012 at 10:00 a.m. for the purpose of reviewing the Defendant's payments made toward his fine and costs as the result of the Judgment entered in this case on October 12, 2000.

     **IT IS FURTHER ORDERED** that if the Defendant fails to appear for the hearing a warrant will be issued for his arrest.

**DATED: October 29, 2012.**

                            **BY THE COURT:**

                            **s/David L. West**
                            **United States Magistrate Judge**